# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Barbara J. Lueders, individually and on behalf of a class of similarly situated person, Plaintiff, <br> v. <br> 3M Company, Defendant. | FILED: APRIL 29, 2008 <br> 08CV2457    LI <br> JUDGE ANDERSEN <br> MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, 3M Company

| |
|---|
| NAME (Type or print) <br> Stephanie Seay Kelly |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephanie Seay Kelly |
| FIRM <br> LITTLER MENDELSON, P.C. |
| STREET ADDRESS <br> 200 North LaSalle Street, Suite 2900, |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275880 | TELEPHONE NUMBER <br> (312) 372-5520 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐