IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARBARA J. LUEDERS,** individually and on behalf of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>**3M COMPANY,**<br><br>        Defendant. | No.  08-CV-2457<br><br>Judge Wayne R. Andersen |

## DEFENDANT'S MOTION TO TRANSFER VENUE
## TO THE CENTRAL DISTRICT OF ILLINOIS

Defendant 3M Company ("3M"), by and through its attorneys, hereby moves this Court to transfer venue of this matter to the United States District Court for the Central District of Illinois pursuant to 28. U.S.C. § 1404(a).  The facts, argument, and legal authority in support of this Motion are included in 3M's Memorandum In Support of Its Motion to Transfer Venue, which is hereby incorporated by reference and is being filed contemporaneously herewith.

        Respectfully submitted,

        3M Company


        By:        s/Stephanie Seay Kelly
                One of Its Attorneys

John A. Ybarra (#06196983)
Stephanie Seay Kelly (#06275880)
Veronica  Li (#6286719)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street

-2-

Suite 2900
Chicago, IL  60601
312.372.5520

Dated:  May 2, 2008

Case 1:08-cv-02457   Document 8   Filed 05/02/2008   Page 2 of 3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing ***Defendant's Motion to Transfer Venue to the Central District of Illinois*** to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on May 2, 2008:

Robin B. Potter
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive
Suite 2660
Chicago, Illinois 60601

Colleen McLaughlin
LAW OFFICES OF COLLEEN MCLAUGHLIN
1751 South Naperville Road
Suite 209
Wheaton, Illinois 60563

By:   s/Stephanie Seay Kelly
        Stephanie Seay Kelly