# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BARBARA J. LUEDERS**, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>**3M COMPANY,**<br><br>    Defendant. | No.  08-CV-2457<br><br>Judge Wayne R. Andersen |

## NOTICE OF MOTION

To: Ms. Robin B. Potter    Ms. Colleen McLaughlin
   Robin Potter & Associates, P.C. Law Offices of Colleen McLaughlin
   111 E. Wacker Drive, Suite 2600 1751 S. Naperville Road, Suite 209
   Chicago, IL 60601    Wheaton, IL 60563

  PLEASE TAKE NOTICE that on May 8, 2008, **at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Wayne R. Andersen, Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendant's Motion To Stay Or In The Alternative To Extend Time To Answer Or Otherwise Plead*.

            Respectfully submitted,

            3M COMPANY

            By:  /s/ Stephanie Seay Kelly
               One of Its Attorneys

John A. Ybarra (#06196983)
Stephanie Seay Kelly (#06275880)
Veronica Li (#6286719)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated:  May 2, 2008

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing ***Defendant's Notice of Motion and Motion To Stay Or In The Alternative To Extend Time To Answer Or Otherwise Plead*** to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on May 2, 2008:

Robin B. Potter
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive
Suite 2660
Chicago, Illinois 60601

Colleen McLaughlin
LAW OFFICES OF COLLEEN MCLAUGHLIN
1751 South Naperville Road
Suite 209
Wheaton, Illinois 60563

By:     s/Stephanie Seay Kelly
Stephanie Seay Kelly