UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Barbara J Lueders

                Plaintiff,

v.                                     Case No.: 1:08−cv−02457
                                      Honorable Wayne R. Andersen

3M Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Defendant's motion to stay/answer [11] is granted. Defendant to answer or otherwise plead by 6/27/2008. Defendant's motion to change venue[8]is entered and briefed as follows: Responses due by 6/6/2008, Replies due by 6/20/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.