IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA J. LUEDERS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 08 C 2457<br>Judge Wayne R. Andersen |

## NOTICE OF FILING

To: John Ybarra Esq.
Stephanie Seay Kelly, Esq.
Veronica Jong Eun Li, Esq
Littler Mendelson
200 North LaSalle Street
Suite 2900
Chicago, IL 60601

PLEASE TAKE NOTICE that on, Thursday May 22, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, our Appearances as counsel for Plaintiff, copies of which are attached hereto and are hereby served upon you.

By: /s/ Robin Potter
One of Plaintiffs' Attorneys

Robin Potter, Esq.
robinpotter@igc.org
Denise M. Kelleher, Esq.
dkelleher@robinpotter.org
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 861-1800

Colleen M. McLaughlin, Esq.
colleen@cmclaughlin-law.com
Elissa Hobfoll
LAW OFFICES OF
COLLEEN M. MCLAUGHLIN
1751 South Naperville Road, Suite 209
Wheaton, Illinois 60187
(630) 221-0305

Lueders NOF for Appearance.wpd
May 22, 2008/tm

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 C 2457

BARBARA J. LUEDERS
       Plaintiff,
v.
3M COMPANY
       Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARBARA J. LUEDERS, Plaintiff

| |
|---|
| NAME (Type or print) <br> Denise M. Kelleher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Denise M. Kelleher |
| FIRM <br> Robin Potter & Associates, P.C. |
| STREET ADDRESS <br> 111 East Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286565 | TELEPHONE NUMBER <br> (312) 861-1800 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 C 2457

BARBARA J. LUEDERS
        Plaintiff,
v.
3M COMPANY
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARBARA J. LUEDERS, Plaintiff

---

| | |
|---|---|
| **NAME** (Type or print) <br> Robin Potter | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Robin Potter | |
| **FIRM** <br> Robin Potter & Associates, P.C. | |
| **STREET ADDRESS** <br> 111 East Wacker Drive, Suite 2600 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 3123932 | **TELEPHONE NUMBER** <br> (312) 861-1800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Appearances of Counsel were served upon all parties listed below by electronic mail, before 5:00 p.m. on this 22nd day of May 2008, addressed as follows:

John Ybarra Esq.
Stephanie Seay Kelly, Esq.
Veronica Jong Eun Li, Esq
Littler Mendelson
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
jybarra@littler.com

/s/ Robin Potter
Robin Potter