**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Barbara J Lueders

                Plaintiff,

v.                                    Case No.: 1:08−cv−02457
                                             Honorable Wayne R. Andersen

3M Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Enter MEMORANDUM, OPINION AND ORDER: For the foregoing reasons, defendant 3M Company's motion to transfer venue [8] to the United States States District Court for the Central District of Illinois is granted. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.