IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA J. LUEDERS, individually and on behalf of a class of similarly situated persons, | ) ) ) ) | Case No. 08-cv-2457 |
| Plaintiff, | ) ) | Judge Wayne R. Anderson |
| v. | ) ) | |
| 3M COMPANY, a Delaware corporation, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANT'S
ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Plaintiffs, by and through their undersigned attorneys, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and move to strike paragraphs 5, 7, 15, 16, 18, 21, 23, 32, 41, 42, 52, 57 and 61 of Defendant's Answer and Affirmative Defenses Numbers 1-11, and 13-14. As set forth more fully in the attached Memorandum of Law, these Answers and Defenses are either infirm in law and/or inadequately pled under the "notice pleading" requirements of Rule 8 of the Federal Rules of Civil Procedure. For the reasons set forth in detail in Plaintiff's Memorandum in Support of Her Motion to Strike, Plaintiffs' respectfully request that their Motion be granted.

BARBARA J. LUEDERS, individually and on behalf
of a class of similarly situated persons,

/s/ Colleen M. McLaughlin_____
Law Offices of Colleen M. McLaughlin

| | |
|---|---|
| Colleen M. McLaughlin<br>Elissa J. Hobfoll<br>Law Offices of Colleen M. McLaughlin<br>1751 S. Naperville Rd.<br>Suite 209<br>Wheaton, IL  60189<br>Firm No.  0312746 | Robin B. Potter<br>Robin Potter & Associates P.C.<br>111 East Wacker Drive<br>Suite 2600<br>Chicago, IL  60601 |