*United States District Court*
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

| | | |
|---|---|---|
| Michael W. Dobbins, Clerk | July 30, 2008 | Office of the Clerk |

Clerk, USDC, Central District of IL
ROCK ISLAND DIVISION
40 U.S. Courthouse
211 19th Street
Rock Island IL 61201

Re:    Lueders                              vs                         3M Company

USDC No:    08 cv 2457

Dear Sir:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Wayne R. Andersen on 07/09/2008.

Please acknowledge receipt of the record on the enclosed copy of this letter.

> Sincerely yours,
> Michael W. Dobbins, Clerk
>
> By:    Johnnie M. Patterson
>           Deputy Clerk

Enclosures

New Case No. _____    Date _____