

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
　　CLERK

August 27, 2008

Clerk of the United States Court
Central District of Illinois (Rock Island)
40 Post Office Building
211 19th Street
Rock Island, Illinois 61201

RE: Lueders v. 3M Company
Case No: 1:08-cv-02457

Dear Clerk:

Pursuant to the order entered by Judge Honorable Wayne R. Andersen, on July 9, 2008, the above record

■　　was electronically transmitted to   Central District of Illinois (Rock Island)

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　　By:　　/s/ Tiana Davis
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures

New Case No. _____　　　Date _____

cc:　　Non-ECF Attorneys and Pro se Parties